```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                     :
ZEBONE BROWN,                          :
                                                     :
                           Plaintiff,   :         1:24-cv-4889-GHW
                                                     :
                     -v-                         :                  <u>ORDER</u>
                                                     :
TIFFANY AND COMPANY,          :
                                                     :
                          Defendant.   :
                                                     :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       Plaintiff has voluntarily dismissed this case with prejudice under F.R.C.P. 41(a)(1)(A)(i). The Clerk of Court is directed to close this case. Plaintiff is directed to serve this order on Defendant.

       SO ORDERED.

Dated: October 1, 2024
       New York, New York

                                                         _____
                                                              GREGORY H. WOODS
                                                          United States District Judge